IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-23-5180-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATIONS:<br>E1384149<br>E1384150<br>E1384274<br>Location Code: M13 |
| vs. | |
| JUAN K. KELLY, | |
| Defendant. | ORDER |

Based upon the United States' motion to accept the defendant's payment of a $500 fine and $30 processing fee for violation number E1384150 (for a total of $530.00), and for good cause shown, **IT IS ORDERED** that the $530 fine paid by the defendant is accepted as a full adjudication of violation numbers E1384150.

**IT IS FURTHER ORDERED** that violations E1384114 and E1384116 are **DISMISSED. IT IS FURTHER ORDERED** that the bench trial scheduled for August 23, 2024, is **VACATED.**

DATED this 21st day of August, 2024.

_____
John Johnston
United States Magistrate Judge